John Terry v. The State.

No. 8991.   Delivered December 3, 1924.

Rehearing denied January 16, 1925.

Possessing Intoxicating Liquors.

. No statement of fact nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Wise County.   Tried below before the Hon. F. O. McKensie, Judge.

Appeal from a conviction for possessing intoxicating liquor for the purpose of sale; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Appellant entered his plea of guilty to a charge of possessing intoxicating liquor for the purpose of sale.  His punishment was assessed at one year in the penitentiary under said plea.

There are no bills of exception in the record and no statement of facts accompanies the same.

In this condition nothing is presented for review and the judgment is ordered affirmed.

*Affirmed.*